**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Demetrius Goodwin, Petitioner.

Appellate Case No. 2013-001083

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
The Honorable W. Jeffrey Young, Circuit Court Judge

---

Opinion No. 2015-MO-012
Heard February 18, 2015 – Filed March 18, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender LaNelle C. DuRant, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, and Assistant Attorney General Jennifer E. Roberts, both of Columbia, for Respondent.

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *State v. Goodwin*, Op. No. 2013-UP-110 (S.C. Ct. App. filed Mar. 13, 2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**